AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | CASE NUMBER: 3:08mj23 |
| DANIEL CASTLEMAN | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about August 31, 2006, in Walton County, in the Northern District of Florida, and elsewhere, defendant(s) did, engage in a child exploitation enterprise and conspire to advertise, transport, ship and receive child pornography in violation of Title 18, United States Code, Section(s) 2252A(g) and 2252A(a)(1) and (2). I further state that I am a(n) Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Robert Cochran

Sworn to before me and subscribed in my presence,

February 29, 2008                    at   Pensacola, Florida.

_____
Elizabeth M. Timothy
U.S. Magistrate Judge

FILED February 29, 2008
(Date)
NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE