IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA, DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                              **CASE NO.: 3:08-cr-22/LAC**

**DANIEL CASTLEMAN,**
    Defendant.

_____/

**DEFENDANT CASTLEMAN'S NOTICE OF ADOPTION OF
DEFENDANT WAYERSKI'S FIRST MOTION IN LIMINIE**

COMES NOW the defendant, Daniel Castleman, by and through his undersigned attorney, and hereby adopts Defendant Wayerski's First Motion in Liminie filed on April 25, 2008 (Document 180).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to David Goldberg, Assistant United States Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida 32502, and all defense counsel by Notice of Electronic Filing the 6th day of November, 2008.

                                            s/ *George F. Murphy*
                                            George F. Murphy
                                            1173 N. Bayshore Drive
                                            Valparaiso, Florida 32580
                                            (850) 678-7802
                                            Florida Bar No. 0747610
                                            Attorney for Defendant