# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                         CASE NO. 3:08cr22 LAC

DANIEL CASTLEMAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  APRIL 30, 2008

Motion/Pleadings: FIRST MOTION IN LIMINE

Filed by DEFENDANT  on 4/28/08  Doc.# 181

RESPONSES:

BY GOVERNMENT  on 4/30/08  Doc.# 195

\_\_\_\_ Stipulated  \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed  \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of January, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of trial.*

                                                            *s/L.A. Collier*
                                                         *LACEY A. COLLIER*
                         *Senior United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.