UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case Nos.:  3:08cr22/LAC/CJK
                                                        3:13cv560/LAC/CJK

DANIEL CASTLEMAN,

     Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 10, 2017 (doc. 1207).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendant's Amended Motion to Vacate, Set Aside or Correct

Sentence (ECF No. 1046) is **DENIED**.

3.    A certificate of appealability is denied.

DONE AND ORDERED this 3rd day of April, 2017.


        s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

Case Nos.: 3:08cr22/LAC/CJK; 3:13cv560/LAC/CJK